# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JANE DOE, *et al.*, | Case No. 3:20-cv-458 |
| Plaintiffs, | District Judge Michael J. Newman |
| | Magistrate Judge Sharon L. Ovington |
| vs. | |
| MECHANICSBURG SCHOOL BOARD OF EDUCATION, *et al.*, | |
| Defendants. | |

# ORDER

This case is presently before the Court upon the Motion to Permit Filing of Memorandum in Support of Motion for Partial Summary Judgment Under Seal filed by Defendants Andrew Lawhorn and Charles Hodge. (Doc. No. 36, 37). Defendants Lawhorn and Hodge seek to file their Memorandums in Support under seal so that they may present highly sensitive information in support of their Motion. Defendants Lawhorn and Hodge specifically seek to identify non-party parents and non-party minors by name.

For good cause shown, Defendants' Motion (Doc. No. 36, 37) is **GRANTED IN PART AND DENIED IN PART**. Defendants may file their respective Memorandums in Support under seal. Defendants may identify non-party parents by name. In accordance with Fed. R. Civ. P. 5.2(a)(3) and this Court's previous Order (Doc. No. 31), it is hereby **ORDERED** that Defendants identify non-party minors by initials only. This applies to Defendants' Memorandums and accompanying exhibits. The Court's previous Order permitting Plaintiffs to proceed by pseudonym remains in effect.

June 22, 2021                                          *s/Sharon L. Ovington*
                                                       Sharon L. Ovington
                                                       United States Magistrate Judge