UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JANE DOE, *et al.*,

    Plaintiffs,

vs.

MECHANICSBURG SCHOOL BOARD
OF EDUCATION, *et al*.,

    Defendants.

Case No. 3:20cv458

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING PLAINTIFFS' MOTION TO DISMISS (Doc. No. 54); (2) DISMISSING DEFENDANT HODGE AS A PARTY TO THIS CASE; AND (3) DISMISSING PLAINTIFFS' CAUSE OF ACTION NUMBER 15 AGAINST DEFENDANT LAWHORN**

---

    This civil case is before the Court on Plaintiffs' motion to dismiss (1) Defendant Charles Hodge as a Defendant to this action and (2) cause of action number 15 against Defendant Andrew C. Lawhorn (Doc. No. 54). Neither Defendant Hodge nor Defendant Lawhorn have responded to, or opposed, Plaintiffs' motion. In the absence of opposition by Defendants, and for good cause shown, Plaintiffs' motion to dismiss is well taken. *See* Fed. R. Civ. P. 41(a)(2). The Court hereby **GRANTS** Plaintiffs' motion and **DISMISSES** Defendant Hodge as a party to this case along with Plaintiffs' cause of action number 15 against Defendant Lawhorn.

    **IT IS SO ORDERED**.

March 15, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge